IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cindy Smith,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:17cv49

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 5, 2018 a Report and Recommendation (Doc. 21). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 22) and the plaintiff filed a response to the objections (Doc. 23).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the Administrative Law Judge's decision is REVERSED pursuant to Sentence Four of 42 U.S.C. §405(g) and REMANDED for an immediate award of benefits.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court